# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **RALEIGH ALDRIDGE, et al,** | : |
| **Plaintiffs,** | : |
| | : **CIVIL ACTION NO.** |
| v. | : **5:99CV128-T** |
| **AC&S, INC., et al.,** | : |
| **Defendants.** | : |

## ORDER OF DISMISSAL OF DEFENDANTS

This Court, with the consent and approval of the parties, hereby dismisses without prejudice, Plaintiffs' Complaint, for Plaintiffs Raleigh Aldridge, Deceased and Billy R. O'Dell, in the above-styled cause of action, against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation.

Signed: August 11, 2006

Lacy H. Thornburg
United States District Judge

**PREPARED AND SUBMITTED BY:**

/s/ E. Elaine Shofner
E. Elaine Shofner

Georgia State Bar No. 405361

**HAWKINS & PARNELL, LLP**

4000 SunTrust Plaza

303 Peachtree Street, N.E.

Atlanta, Georgia 30308

Telephone: (404) 614-7445

Telecopier: (404) 614-7500

eshofner@hplegal.com


**CONSENTED TO BY:**

Attorneys for Plaintiffs:

/s/ Janet Ward Black

Janet Ward Black

**WARD BLACK LAW**

208 West Wendover Avenue

Greensboro, North Carolina 27401

jwblack@wardblacklaw.com

John E. Herrick

**MOTLEY RICE LLC**

P.O. Box 1792

Mt. Pleasant, South Carolina 29465

jherrick@motleyrice.com

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **RALEIGH ALDRIDGE, et al,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION NO.** |
| v. | : | **5:99CV128-T** |
| | : | |
| **AC&S, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

jwblack@wardblacklaw.com
jherrick@motleyrice.com
ctl@johnsonandlambeth.com
trippgandy@phsm.net
dconner@hsblawfirm.com
mthomas@maupintaylor.com
psmith@vwlawfirm.com
swilliamson@vwlawfirm.com
eandp@bellsouth.net
tbouch@leathbouchlaw.com
ldavis@davisandhamrick.com
JMTechman@ewhlaw.com

10053234 v1

  tim.peck@smithmoorelaw.com
  kkyre@pckb-law.com
keith.coltrain@elmorewall.com
jkadis@hedrickeatman.com
robert.meriwether@nelsonmullins.com

and I certify that I have mailed the document to the following non CM/ECF participant:

  Michael J. Brickman
  Richardson, Patrick, Westbrook & Brickman
  P.O. Box 879
  Charleston, South Carolina 29402

Peter J. McKenna
Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, New York 20036

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
600 Grant St., 44th Floor
Pittsburgh, Pennsylvania 15219

/s/ E. Elaine Shofner

    E. Elaine Shofner
    Georgia State Bar No. 405361
    **HAWKINS & PARNELL, LLP**
    4000 SunTrust Plaza
    303 Peachtree Street, N.E.
    Atlanta, Georgia 30308
    Telephone:  (404) 614-7445
    Telecopier:  (404) 614-7500
    eshofner@hplegal.com