IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:99-CV-00128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative Of the Estate of RALEIGH ALDRIDGE, Deceased, BILLY O'DELL, and wife MARY L. O'DELL, <br><br>　　Plaintiffs <br><br>v. <br><br>ACandS, INC., *et al*, <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court upon motion by Plaintiffs, Billy O'Dell, and wife Mary L. O'Dell to dismiss Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, with prejudice.

It appears that good cause exists to permit Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the motion of Plaintiffs Billy O'Dell, and wife Mary L. O'Dell, to dismiss is **ALLOWED**, and their claims against Defendant CBS / Westinghouse, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 5, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge