# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** | |
| **GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased; BILLY O'DELL and wife, MARY L. O'DELL;** | **Civil No. 5:99cv128** |
| **Plaintiffs,** | |
| **Vs.** | |
| **ACandS, Inc., et al.,** | |
| **Defendants.** | |

## ORDER OF DISMISSAL

**THIS MATTER** is before Court on the joint motion of Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, and Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss the claims against said Defendant.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, against Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 25, 2007

Lacy H. Thornburg
United States District Judge