IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : CIVIL ACTION NO. MDL 875

―――――――――――――――――――――x

This Document Relates To:

―――――――――――――――――――――x

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: ) C/A NO. 5:99-CV-128-T
)
ASBESTOS LITIGATION )
)
―――――――――――――――――――――)
)
BILLY O'DELL and Spouse )
MARY L. O'DELL, )
)
)
Plaintiffs, )
vs. )
)
GARLOCK SEALING TECHNOLOGIES, LLC, )
ET AL., )
Defendants. )
)

## ORDER OF DISMISSAL WITH PREJUDICE

The above-entitled action is now pending in this Court.

NOW COMES, Motley Rice LLC, Attorneys for the Plaintiff, and moves for an Order of Dismissal with prejudice as to Defendant Garlock Sealing Technologies, LLC; and

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Garlock Sealing Technologies, LLC; it is hereby

ORDERED that the Plaintiff be granted an Order of Dismissal with prejudice in the above-entitled matter as to Garlock Sealing Technologies, LLC.

AND IT IS SO ORDERED.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

James T. Giles

2/7, 2007
Philadelphia, Pennsylvania

WE SO MOVE:

MOTLEY RICE LLC

By: S/V. Brian Bevon
V. Brian Bevon
28 Bridgeside Boulevard
Post Office Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

Attorneys for Plaintiff


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP


By: S/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC 29402
(843) 937-8811
tbouch@leathbouchlaw.com
barnwell@leathbouchlaw.com


Attorneys for Garlock Sealing Technologies, LLC