# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTICT OF NORTH CAROLINA

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased; BILLY O'DELL and wife, MARY O'DELL, <br><br> Plaintiffs, <br><br> v. <br><br> AC&S, INC., et al., <br><br> Defendants. | C.A. No. 5:99CV128-T <br><br> **ORDER OF DISMISSAL** <br> **WITH PREJUDICE** |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell and wife, Mary O'Dell, and Defendant CertainTeed Corporation to dismiss this action with prejudice.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife Mary O'Dell, against the Defendant CertainTeed Corporation, are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 16, 2007

Lacy H. Thornburg
United States District Judge