## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of Raleigh Aldridge, Deceased; and BILLY O'DELL, and wife MARY L. O'DELL,<br><br>Plaintiffs,<br>v.<br><br>AC&S, Inc., *et al.*<br><br>Defendants. | Civil No. 5:99-cv-00128 |

## ORDER

**THIS MATTER** is before the Court upon motion by Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, and with the consent of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, to dismiss without prejudice.

For cause shown and upon agreement by the Plaintiff and Defendant CBS,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the claims of Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, against the Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 19, 2007

*signature*

Lacy H. Thornburg
United States District Judge