IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:99-CV-00128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, Deceased, BILLY O'DELL, and wife MARY L. O'DELL, | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| ACandS, INC., *et al*, | ) ) |
| Defendants. | ) ) ) |

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon motion by Plaintiffs, Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, and Billy O'Dell, and wife Mary L. O'Dell, to dismiss Defendant Foster Wheeler Energy Corporation, without prejudice.

For cause shown and upon agreement by these Plaintiffs and Defendant Foster Wheeler,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, and Billy O'Dell, and wife Mary L. O'Dell, against Defendant Foster Wheeler Energy Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 20, 2007

Lacy H. Thornburg
United States District Judge