IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:99-CV-00128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, Deceased, BILLY O'DELL, and wife MARY L. O'DELL, | ) ) ) ) |
| **Plaintiffs** | ) ) |
| v. | ) ) |
| ACandS, INC., *et al*, | ) ) |
| **Defendants.** | ) ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the joint motions by Plaintiffs, Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, and Billy O'Dell, and wife Mary L. O'Dell, to dismiss Defendant Owens-Illinois, Inc..

For cause shown and upon agreement by these Plaintiffs and Defendant Owens-Illinois,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiffs' motions are **ALLOWED**, and the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, Deceased, against Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs Billy O'Dell, and wife Mary L. O'Dell, against Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 20, 2007

Lacy H. Thornburg
United States District Judge