# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:99CV128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of Raleigh R. Aldridge, Deceased; and BILLY O'DELL, and wife MARY L. O'DELL, <br><br>        Plaintiffs, <br><br>Vs. <br><br>ACandS, INC., *et al.*, <br><br>        Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* for an order staying these proceedings due to the pending bankruptcy of the Defendants Asbestos Claims Management Corporation, Dana Corporation, and Dresser Industries, Inc.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** as to the Defendants Asbestos Claims Management Corporation, Dana Corporation, and Dresser Industries <u>only</u> pending completion of bankruptcy proceedings, and the Clerk is directed to close this case as to those

Defendants as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

                Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge