IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative ) <br> of the Estate of Raleigh Aldridge, deceased, and ) <br> BILLY O'DELL and spouse, MARY L. O'DELL ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACandS, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 5:99CV128-T |

## ORDER

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife Mary L. O'Dell, and Defendant A.W. Chesterton Company to dismiss, without prejudice, all claims of said Plaintiffs against Defendant Chesterton.

For the reasons stated in the motion, and pursuant to the agreement of the Plaintiffs and the Defendant Chesterton,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife, Mary L. O'Dell, against the Defendant A.W. Chesterton Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge