IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased; BILLY O'DELL and wife, MARY L. O'DELL;<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 5:99cv128 |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of Billy O'Dell and wife, Mary L. O'Dell against the Defendant Cleaver-Brooks, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Billy O'Dell and wife, Mary L. O'Dell, against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |