IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased; BILLY O'DELL and wife, MARY L. O'DELL;<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 5:99cv128 |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on a joint motion of the parties to dismiss the claims of Billy O'Dell and wife, Mary L. O'Dell against the Defendant Metropolitan Life Insurance Company.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Billy O'Dell and wife, Mary L. O'Dell, against the Defendant Metropolitan Life Insurance Company, are hereby **DISMISSED WITH PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge