IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | |
|---|---|---|
| This Document Relates To: | : | CIVIL ACTION NO. MDL 875 |

Civil No. 5:99-CV-128

| GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased; BILLY O'DELL and wife, MARY L. O'DELL, | ) ) ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| ACandS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court for dismissal of the Plaintiffs' claims against the Defendant National Service Industries, Inc., (formerly known as North Brothers Company).

It appearing to the Court that both the Plaintiffs and the Defendant National Service Industries, agree that said Defendant should be dismissed from the case,

**IT IS, THEREFORE, ORDERED,** upon the motion of Pierce, Herns, Sloan & McLeod, LLC, attorneys for this Defendant, by and with the consent of Janet Ward Black, Esquire, attorney for the Plaintiffs herein, that the claims of Georgia Aldridge, Personal Representative of the Estate

of Raleigh Aldridge, Deceased, and Billy O'Dell, and wife Mary L. O'Dell, against the Defendant National Service Industries, Inc., (formerly known as North Brothers Company) are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| Attorney for Defendant | Attorneys for Plaintiff |
| National Service Industries, Inc. | Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased |