IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of Raleigh Aldridge, deceased, and BILLY O'DELL and spouse, MARY L. O'DELL,<br><br>Plaintiffs,<br><br>v.<br><br>ACandS, INC., et al.,<br><br>Defendants. | Case No. 5:99CV128-T |

## ORDER

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife Mary L. O'Dell, and Defendant Crown Cork & Seal Company, Inc., to dismiss, without prejudice, all claims of said Plaintiffs against Defendant Crown Cork & Seal.

For the reasons stated in the motion, and pursuant to the agreement of the Plaintiffs and the Defendant Crown Cork & Seal,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife, Mary L. O'Dell, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge