IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:99-CV-128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, Deceased; BILLY O'DELL and wife, MARY L. O'DELL, <br><br> Plaintiffs, <br><br> Vs. <br><br> ACandS, INC., et al., <br><br> Defendants. | ORDER OF DISMISSAL |

**TH IS MATTER** is before the Court on the joint motion of the Plaintiffs Billy O'Dell and wife, Mary L. O'Dell and the Defendant General Electric Company to dismiss all claims against said Defendant without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Billy O'Dell and wife, Mary L. O'Dell against the Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge