# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

CIVIL NO. 5:99CV128

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative of the Estate of Raleigh R. Aldridge, Deceased; and BILLY O'DELL, and wife MARY L. O'DELL,<br><br>        Plaintiffs,<br><br>Vs.<br><br>GARLOCK, INC.; GEORGIA PACIFIC CORP., and RAPID AMERICAN CORP.,<br><br>        Defendants. | **O R D E R** |

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiff and the remaining Defendants have been settled.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this case on or before 30 days from entry of this Order.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge