IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>GEORGIA ALDRIDGE, Personal Representative of the Estate of RALEIGH ALDRIDGE, deceased,<br><br>Plaintiff,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 5:99cv128 |

## ORDER OF DISMISSAL

**THIS MATTER** is before Court on the joint motion of Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, to dismiss her claims against the Defendant Garlock Sealing Technologies, LLC.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, against Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge