IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **GEORGIA ALDRIDGE, Personal Representative** ) <br> of the Estate of Raleigh Aldridge, deceased, and ) <br> **BILLY O'DELL and spouse, MARY L. O'DELL** ) <br> ) <br>             **Plaintiffs,**  ) <br> ) <br>           v.             ) <br> ) <br> **ACandS, INC., et al.,**           ) <br> ) <br>             **Defendants.**  ) | Case No. 5:99CV128-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiffs' stipulation of dismissal as to the Defendant Rapid American Corporation.

Pursuant to the Plaintiffs' stipulation,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife, Mary L. O'Dell, against the Defendant Rapid American Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge