IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| GEORGIA ALDRIDGE, Personal Representative ) of the Estate of Raleigh Aldridge, deceased, and ) BILLY O'DELL and spouse, MARY L. O'DELL ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACandS, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 5:99CV128-T |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' joint motion for dismissal of the Defendant Georgia Pacific Corporation.

For cause shown and upon agreement by the parties,

**IT IS, THEREFORE, ORDERED** that the parties joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Georgia Aldridge, Personal Representative of the Estate of Raleigh Aldridge, deceased, and Billy O'Dell, and wife, Mary L. O'Dell, against the Defendant Georgia Pacific Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 3, 2007

Lacy H. Thornburg
United States District Judge